

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Michael Cameron Daniels, Appellant

No. 06-20-00058-CR     v.

The State of Texas, Appellee

Appeal from the 369th District Court of Cherokee County, Texas (Tr. Ct. No. 21212). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Michael Cameron Daniels, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JANUARY 27, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk